UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYN MCCONNELL,

    Plaintiff,

v.                                        Case No: 6:17-cv-669-Orl-40KRS

LIST INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 25) filed on October 5, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection was filed (Doc. 27), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 6, 2017 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Paragraph 8 of the Settlement Agreement and Release of FLSA Claims (Doc. 25-1) is **SEVERED** from the agreement.

3. The Court **FINDS** that the parties' Settlement Agreement and Release of FLSA Claims (Doc. 25-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The Parties' Joint Motion and Memorandum of Law for Approval of Settlement Agreement (Doc. 25) is **GRANTED IN PART**. The Court declines to reserve jurisdiction to enforce the Settlement Agreement.

5. The case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 10, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties